**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SATHEESH TUMMALA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CHRISTINE WORMUTH, Secretary of the United States Army,<br><br>　　　　　　Defendant. | Civil Action No. 22-7619 (SDW) (JRA)<br><br>**WHEREAS OPINION**<br><br>July 30, 2024 |

**WIGENTON**, District Judge.

　　**THIS MATTER** having come before this Court upon Plaintiff Satheesh Tummala's Motion for Default Judgment "for failure to file Answer in this case" pursuant to Federal Rule of Civil Procedure 12(a)(2). (D.E. 27); and

　　**WHEREAS** Rule 12(a)(2) requires a defendant to serve an answer within 21 days after being served with the summons and complaint; and

　　**WHEREAS** Rule 12(b) requires a motion to dismiss be asserted *before* a party responds to a complaint.  Fed. R. Civ. P. 12; and

　　**WHEREAS** Defendant timely filed both a motion to dismiss the Complaint and later a motion to dismiss the Amended Complaint.  (D.E. 12 & D.E. 32); and

**WHEREAS** Rule 55 provides that the Clerk of Court may enter default when a party has failed to plead or otherwise defend. Fed. R. Civ. P. 55. If the party still fails to appear after the entry of default, then a default judgment may be appropriate; and

**WHEREAS** Plaintiff has not sought entry of default or provided any support for his assertion that Defendant has defaulted; therefore,

Because Defendant has appeared and is actively pursuing a defense in this case, and because there has been no formal entry of default pursuant to Rule 55, the Motion for Default Judgment is both procedurally improper and moot. Accordingly, Plaintiff's Motion for Default Judgment **DENIED.**

/s/ Susan D. Wigenton
**SUSAN D. WIGENTON, U.S.D.J.**

Orig:   Clerk
cc:     Parties
        Jose R. Almonte, U.S.M.J.