**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SATHEESH TUMMALA,<br><br>                Plaintiff,<br><br>v.<br><br>CHRISTINE WORMUTH, Secretary of the United States Army,<br><br>                Defendant. | Civil Action No. 22-7619 (SDW) (JRA)<br><br>**ORDER**<br><br>July 30, 2024 |

**WIGENTON**, District Judge.

      This matter, having come before this Court by Plaintiff Satheesh Tummala's Motion for Default Judgment "for failure to file Answer in this case" pursuant to Federal Rule of Civil Procedure 12(a)(2), (D.E. 27), and this Court having considered the parties' submissions, for the reasons stated in this Court's Whereas Opinion dated July 30, 2024,

      **IT IS** on this 30th day of July 2024

      **ORDERED** that Plaintiff's Motion for Default Judgment is **DENIED.**

                                                        /s/ Susan D. Wigenton
                                                        **SUSAN D. WIGENTON, U.S.D.J.**

Orig:   Clerk
cc:      Parties
         Jose R. Almonte, U.S.M.J.